UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (DETROIT)

| | |
|---|---|
| REBECCA FRISKE, individually and on behalf of all others similarly situated, | CASE NO. 2:16-cv-12799 |
| Plaintiff, | Honorable David M. Larson |
| v. | Magistrate Judge Elizabeth A. Stafford |
| BONNIER CORPORATION, a Delaware corporation, | |
| Defendant. | |

| | |
|---|---|
| **LAW OFFICES OF DANIEL O. MYERS** | **GARAN LUCOW MILLER P.C.** |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| Daniel O. Myers | John J. Gilloloy (P41948) |
| dmyers@domlawoffice.com | jgilloly@garanlucow.com |
| 818 Red Drive, Suite 210 | 1155 Brewery Park Blvd., Suite 200 |
| Traverse City, Michigan 49684 | Detroit, Michigan 48207 |
| (231) 943-1135 | (313) 446-5501 |
| **CARLSON LYNCH SWEET & KILPELA, LLP** | **SHUTTS & BOWEN LLP** |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| Gary Lynch | Michael Crosbie |
| glynch@carlsonlynch.com | MCrosbie@shutts.com |
| 36 N. Jefferson St. | Frank Zacherl |
| P.O. Box 7635 | FZacherl@shutts.com |
| New Castle, Pennsylvania 16107 | Daniel Stabile |
| | DStabile@shutts.com |
| | 200 South Biscayne Blvd., Suite 4100 |
| | Miami, Florida 33140 |
| | (305) 415-9063 |

**NOTICE OF WITHDRAWAL OF BONNIER'S MOTION TO DISMISS AMENDED COMPLAINT OR, ALTERNATIVELY, TO STAY PROCEEDINGS**

On December 9, 2016, Defendant, Bonnier Corporation ("Bonnier"), filed its Motion to Dismiss Amended Complaint or, Alternatively, to Stay Proceedings (the "Motion"). DE 11. Bonnier filed a Corrected Motion on December 14, 2016. DE 12. Bonnier files this Notice to inform the Court that it is withdrawing the Motion and the Corrected Motion.

Dated: July 18, 2017

Respectfully submitted,

**GARAN LUCOW MILLER P.C.**
John J. Gillooly (P41948)
jgillooly@garanlucow.com
1155 Brewery Park Blvd., Suite 200
Detroit, Michigan 48207
(313) 446-5501

**SHUTTS & BOWEN LLP**
Michael Crosbie
MCrosbie@shutts.com
Frank Zacherl
FZacherl@shutts.com
Daniel Stabile
DStabile@shutts.com
200 South Biscayne Blvd., Suite 4100
Miami, Florida 33131
(305) 415-9063

*Counsel for Defendant, Bonnier Corporation*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by CM/ECF on the 18th day of July 2017 on all counsel or parties of record on the Service List below.

Daniel Tramel Stabile

**SERVICE LIST**

Daniel Myers, Esq.
THE LAW OFFICES OF DANIEL O. MYERS
818 Red Drive, Suite 210
Traverse City, MI 49684
Tel: (231) 943-1135
dmyers@domlawoffice.com

R. Bruce Carlson, Esq.
Gary F. Lynch, Esq.
Kevin Abramowicz, Esq.
CARLSON LYNCH SWEET KILPELA & CARPENTER, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Tel: (412) 322-9243
bcarlson@carlsonlynch.com
glynch@carlsonlynch.com
kabramowicz@carlsonlynch.com

James L. Ward, Jr., Esq.
Robert Wood, Esq.
RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC
P.O. Box 1007
1037 Chuck Dawley Blvd., Bldg. A
Mt. Pleasant, SC 29465
jward@rpwb.com
bwood@rpwb.com

*Counsel for Plaintiff*

John J. Gillooly, Esq.
GARAN LUCOW MILLER, P.C.
1155 Brewery Park Blvd., Suite 200
Detroit, MI 48207
Tel: (313) 446-5501
jgillooly@garanlucow.com

*Counsel for Defendant*

MIADOCS 15075068 1 27982.0054