# Exhibit B

**The Law Offices Of**
# Daniel O. Myers

Daniel O. Myers, Attorney
Licensed In MI & SC

## OVERVIEW
For over ten years, Daniel Myers has been an active defender of consumer rights in the face of predatory lending and credit practices. Mr. Myers has been appointed class counsel in cases involving predatory mortgage lending and has obtained over $100 million in settlements for consumers. He is conversant with federal and state lending laws and regulations and has managed complex federal multidistrict litigation and class actions in numerous courts against major lending, banking, and other financial institutions involved in predatory lending practices.

## EXPERIENCE
### Attorney Owner - The Law Offices of Daniel O. Myers
January 2011 - present
Solo law practice concentrating in consumer law, class action, and civil litigation. Practice includes both solo cases and cases conducted with state and national co-counsel. Extensive research and writing of legal briefs and documents for consumer and other civil litigation in Michigan federal and state courts. Practice requires extensive understanding of federal laws and regulations, federal jurisdictional rules and statutes, and interpretation of financial contracts and applicable regulations.

### Member - Richardson, Patrick, Westbrook & Brickman
June 2002 – December 2010
Partner managing complex multi-state consumer class action litigation in federal and state courts, leading a team of attorneys and paralegals. Devised litigation strategies, developed legal theories, and drafted or supervised drafting of briefs, complaints and legal memoranda in trial and appellate courts. Appeared and argued motions before numerous federal and state courts. Worked closely with multiple co-counsel nationwide. Participated in settlement negotiations and drafting of settlement agreements and supporting documents. Reviewed, analyzed, and developed litigation projects for national law firm.

### Attorney - Ness, Motley, Loadholt, Richardson & Poole
April 1998 – June 2002
Associate with a nationally recognized plaintiffs' law firm managing mass tort litigation team conducting a multi-state fraud case against a major medical corporation on behalf of hundreds of clients in federal and state courts. Developed and managed multi-state consumer lending class action.

### Attorney - Dingeman, Dancer & Christopherson
1995 – 1998
Litigation associate for personal injury and business litigation for individual clients.

### Law Clerk - Hon. William G. Hussmann, Jr., U.S. Magistrate Judge
1993 -1995
Law Clerk to U. S. Magistrate Judge. Assisted in researching and drafting orders and opinions. Prepared and assisted the court in trial and at hearings.

818 red Drive Suite 210 Traverse City MI 49684

Phone: 231-943-1135 Toll-Free (800) 340-8050  Fax: 231-929-0504  www.domlawoffice.com



**EDUCATION**

J.D., 1993 - University of Notre Dame Law School, Notre Dame, Indiana

Recipient, Mead Data Central Research & Writing Award, 1991
John Bruce Dodd Memorial Scholarship, 1991-1992
Notre Dame London Law Centre, 1991-1992
Teaching Assistant, Legal Writing/Moot Court, 1992 – 1993

M.A./Journalism, 1990 - Michigan State University, East Lansing, Michigan

Thesis: The Influence of Funding Sources On Editorial Page Content in College and University Student Newspapers in Michigan

B.A./English, 1986 - Michigan State University, East Lansing, Michigan

**BAR ADMISSIONS**
- State Bar of Michigan (Admitted 1993)
- State Bar of South Carolina (Admitted 1998)
- United States Court of Appeal for the Fourth Circuit
- United States Court of Appeal for the Seventh Circuit
- United States District Court for the District of Colorado
- United States District Court for the Northern District of Florida
- United States District Court for the Southern District of Illinois
- United States District Court for the Northern District of Indiana
- United States District Court for the Southern District of Indiana
- United States District Court for the Eastern District of Michigan
- United States District Court for the Western District of Michigan
- United States District Court for the Western District of Pennsylvania
- United States District Court for the District of South Carolina

**CURRENT MEMBERSHIPS AND ORGANIZATIONS**
- National Association of Consumer Advocates
- Member, Michigan State Bar Consumer Law Section Council (term Expires September 30, 2018)
- Grand Traverse Bar Association

**SIGNIFICANT CASES**

Multidistrict Litigation
- In re Community Bank of Northern Virginia Mortgage Lending Practices Litigation – MDL No. 1674
- In re Novastar Home Mortgage Inc. Mortgage Lending Practices Litigation – MDL No. 1677
- In re Wachovia "Pick-A-Pay" Mortgage Litigation, MDL No. 2015

Class Actions
- Dundon v. U.S. Bank, Case No. 01-CV-408-GPM (U.S. Dist. Court, S.D. Ill.)
- Campbell v. The Dillon Law Firm, PC, Case No. 2:10-cv-02044 (U.S. Dist. Court, S.C.)