UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

REBECCA FRISKE,

                Plaintiff,

Case Number 16-12799
Honorable David M. Lawson

v.

BONNIER CORPORATION,

                Defendant.
_____/

### ORDER STRIKING ATTACHMENTS [Dkt. #23-1 and 24-1]

On August 31, 2017, the plaintiff filed a motion to certify class and a motion to amend the motion to certify class. The plaintiff filed a proposed order as an attachment to both motions. Counsel is obliged to be aware of and follow the CM/ECF procedures. "Proposed orders must be submitted to the judge to whom the case is assigned . . . via the link located under the Utilities section of CM/ECF." E.D. Mich. Electronic Filing Policies and Procedures R11(a). If a proposed order is accepted, the Court will then docket it with the Judge's electronic signature. "Proposed" orders should *never* be e-filed and *docketed* by a party. The Court therefore will strike the attachments to the plaintiff's motion to certify class and to the motion to amend the motion to certify class.

Accordingly, it is **ORDERED** that the Clerk shall **STRIKE** attachment 1 to the plaintiff's motion to certify class [dkt. #23-1] and attachment 1 to the plaintiff's motion to amend the motion to certify class [dkt. #24-1].

                                                s/David M. Lawson
                                                DAVID M. LAWSON
                                                United States District Judge

Dated: September 1, 2017

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on September 1, 2017.

       s/Susan Pinkowski
       SUSAN PINKOWSKI