UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

REBECCA FRISKE,

                Plaintiff,

Case Number 16-12799
Honorable David M. Lawson

v.

BONNIER CORPORATION,

                Defendant.

_____/

### ORDER STRIKING MOTION TO CERTIFY CLASS [Dkt. #23]

On August 31, 2017, the plaintiff filed a motion to certify class and a motion to amend the motion to certify class. The plaintiff's motion to certify class is moot because the plaintiff filed a motion to amend the motion to certify class [dkt. #24]. The Court therefore will strike the plaintiff's motion to certify class.

Accordingly, it is **ORDERED** that the Clerk shall **STRIKE** the plaintiff's motion to certify class [dkt. #23].

                              s/David M. Lawson
                              DAVID M. LAWSON
                              United States District Judge

Dated: September 7, 2017

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on September 7, 2017.

                              s/Susan Pinkowski
                              SUSAN PINKOWSKI