UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| REBECCA FRISKE, individually and on behalf of all others similarly situated, | Case No. 16-cv-12799-DML-EAS |
| Plaintiff, | District Judge David M. Lawson |
| v. | Magistrate Judge Elizabeth A. Stafford |
| BONNIER CORPORATION, a Delaware corporation, | |
| Defendant. | |

**DECLARATION OF REBECCA FRISKE IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION TO CERTIFY SETTLEMENT CLASS AND APPOINT SETTLEMENT CLASS COUNSEL**

I, Rebecca Friske, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am an adult over the age of 18, a resident of the state of Michigan, and the class representative in this action.

2. I have personal knowledge of all matters asserted herein, and if called to testify, could do so competently.

3. I have been a subscriber to Boater Magazine since November 2012.

4. As part of my subscription, I do not believe I consented to have my personal subscriber-related information disclosed, or that I was given notice that my personal subscriber information would be disclosed.

1

I declare under penalty of perjury that the above and foregoing is true and accurate.

Executed this December __5__, 2017, __Haslett__, Michigan.

_Rebecca Friske_ (signature)
Rebecca Friske

## CERTIFICATE OF SERVICE

I hereby certify that on Wednesday, December 6, 2017, I electronically filed the foregoing document with the Clerk of Court using the Court's ECF filing system, which will send notification to the following:

Daniel T. Stabile
Shutts & Bowen LLP
200 South Biscayne Blvd., Suite 4100
Miami, FL 33131
Telephone: 305-415-9063
Facsimile: 305-347-7714
dstabile@shutts.com

John J. Gilhooly
Garan Lucow
1155 Brewery Park Blvd., Suite 200
Detroit, MI 48207
Telephone: 313-446-5501
jgillooly@garanlucow.com

/s/ Gary F. Lynch
Gary F. Lynch