UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

REBECCA FRISKE,

                        Case Number 16-12799
    Plaintiff,          Honorable David M. Lawson

v.

BONNIER CORPORATION,

    Defendant.
_____/

## ORDER ALLOWING PARTIES TO SUBMIT BRIEF REGARDING PROPOSED SETTLEMENT TERMS

On January 16, 2018, the Court held a hearing on the parties' joint motion for preliminary approval of class action settlement. During the hearing, the Court expressed concern about the proposed award to unnamed class members in light of the Sixth Circuit's holding in *In re Dry Max Pampers Litigation*, 724 F.3d 713 (6th Cir. 2013). Counsel for the parties represented that they were unfamiliar with the case and asked the Court to grant them two weeks to respond to the case and to the Court's concerns. The Court granted counsel's request.

Accordingly, it is **ORDERED** that the parties shall file a brief in response to the Court's concerns regarding the proposed settlement terms in light of *In re Dry Max Pampers Litigation*, not to exceed 10 pages, **on or before January 30, 2018**.

                                s/David M. Lawson
                                DAVID M. LAWSON
                                United States District Judge

Dated: January 16, 2018

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on January 16, 2018.

                             s/Susan Pinkowski
                             SUSAN PINKOWSKI