UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

REBECCA FRISKE,

       Plaintiff,                      Case Number 16-12799

v.                                       Honorable David M. Lawson

BONNIER CORPORATION,

       Defendant.
_____/

## ORDER AMENDING CASE MANAGEMENT AND SCHEDULING ORDER

On October 22, 2018, the Court held a status conference in chambers with counsel for the parties, and during that conference, the parties represented that they anticipate needing four more months to complete discovery. Plaintiff's counsel also stated that the plaintiff intends to file another motion for class certification. The Court found that good cause exists to extend certain deadlines so that the parties efficiently may work toward a resolution of the claims in this case.

Accordingly, it is **ORDERED** that the dates set under the case management and scheduling order entered on January 23, 2017 are **AMENDED** as follows:

| | |
|---|---|
| Class certification motion filed by: | November 26, 2018 |
| Discovery Cutoff: | February 28, 2019 |
| Dispositive Motions Filed By: | March 15, 2019 |

It is further **ORDERED** that all other provisions of the case management and scheduling order remain in full force and effect.

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Date:   October 22, 2018

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on October 22, 2018.

s/Susan K. Pinkowski
SUSAN K. PINKOWSKI