UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

REBECCA FRISKE,

        Plaintiff,                                           Case Number 16-12799

v.                                                       Honorable David M. Lawson

BONNIER CORPORATION,

        Defendant.
_____/

**ORDER GRANTING IN PART AND DENYING IN PART JOINT MOTION FOR STATUS CONFERENCE AND TO STAY PENDING MOTIONS AND DEADLINES**

This matter is before the Court on the parties' joint motion for a status conference and to stay pending motions and deadlines. The motion indicates on January 3, 2019, the parties engaged in settlement negotiations with the assistance of a professional mediator, and that the parties have agreed to resolve the case on a classwide basis. In light of these developments, the parties request that the Court adjourn the hearing on the motion to intervene by a putative class member (ECF No. 40), as well as stay the deadline by which the defendant must respond to the plaintiff's motion for class certification, which is set for a hearing on February 20, 2019. The parties further request that the Court schedule a status conference to discuss scheduling and other matters based on the proposed settlement. The Court will grant the parties' request for a status conference and to stay the deadlines relating to the plaintiff's pending motion for class certification. However, the parties have not explained how their proposed settlement affects the motion to intervene or stated any legitimate grounds for adjourning the hearing. The parties' request therefore will be denied, and the Court will hear oral argument on Monday, January 14, 2019 as scheduled.

- 2 -

Accordingly, the parties' joint motion for status conference and to stay pending motions (ECF No. 53) is **GRANTED IN PART**. The briefing schedule governing the plaintiff's motion for class certification (ECF No. 48) is **STAYED** pending further order of the Court.

It is further **ORDERED** that counsel for the parties must appear in person for a status conference in chambers **on January 14, 2019 at 2:30 p.m.**

It is further **ORDERED** that the parties' motion is **DENIED** in all other respects.

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Date:   January 11, 2019

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on January 11, 2019.

s/Susan K. Pinkowski
SUSAN K. PINKOWSKI

---