UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| REBECCA FRISKE, individually and on behalf of all others similarly situated, | Case No. 16-cv-12799-DML-EAS |
| Plaintiff, | District Judge David M. Lawson |
| v. | Magistrate Judge Elizabeth A. Stafford |
| BONNIER CORPORATION, a Delaware corporation, | |
| Defendant. | |

## MOTION FOR BOND ON APPEAL

1. For the reasons set forth in the Brief in Support accompanying this motion, below, the Class respectfully moves this Court for an Order requiring the Objector to post an appeal bond pursuant to Rule 7 of the Federal Rules of Appellate Procedure.

2. The Class further requests that such bond be set in the amount of $45,200, to be posted by the Objector, to cover a portion of the costs of the appeal.

Dated:       December 23, 2019

                                    */s/ Daniel O. Myers*
                                    DANIEL O. MYERS, P49250
                                    The Law Offices of Daniel O. Myers
                                    4020 Copper View, Ste. 225
                                    Traverse City, MI  49684

## **CERTIFICATE OF SERVICE**

      I hereby certify that on Monday, December 23, 2019, I electronically filed the foregoing document with the Clerk of Court using the Court's ECF filing system, which will send notification to all counsel of record.

*/s/ Daniel O. Myers*
Daniel O/ Myers