UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| REBECCA FRISKE, individually and on behalf of all others similarly situated, <br><br>Plaintiff,<br><br>v.<br><br><br>BONNIER CORPORATION, a Delaware corporation,<br><br>Defendant. | Case No. 16-cv-12799-DML-EAS<br><br>District Judge David M. Lawson<br>Magistrate Judge Elizabeth A. Stafford |

## DECLARATION OF DANIEL O. MYERS IN SUPPORT OF MOTION FOR BOND ON APPEAL

I, Daniel O. Myers, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I am an adult over the age of 18, a resident of the State of Michigan, and the sole Member of The Law Firm of Daniel O. Myers, PLLC.

2.      I have personal knowledge of all matters asserted herein, and if called to testify, could do so competently.

3.      I, together with co-counsel Gary Lynch of Carlson Lynch Sweet Kilpela & Carpenter, LLP, have been appointed Class Counsel in this case.

4.      Class Counsel reasonably conservatively expects approximately 75 hours of attorney time will be required over the pendency of the appeal in briefing, required mediation, preparation for oral argument, responding to inquiries of class members, and travel time for oral argument. Based on this Court's previous finding

1

that $600 per hour is an appropriate rate for Class Counsel, the total attorney fee on appeal would conservatively be $45,000.

5. Class Counsel reasonably expect the costs of printing and mailing appellate briefs and record appendices will be approximately $200, at minimum.

I declare under penalty of perjury that the above and foregoing is true and accurate.

Executed this December 23, 2019, Traverse City, Michigan, County of Grand Traverse.

Dated: December 23, 2019

/s/ Daniel O. Myers
DANIEL O. MYERS, P49250
The Law Offices of Daniel O. Myers
4020 Copper View, Ste. 225
Traverse City, MI  49684

**CERTIFICATE OF SERVICE**

I hereby certify that on Monday, December 23, 2019, I electronically filed the foregoing document with the Clerk of Court using the Court's ECF filing system, which will send notification to all counsel of record.

/s/ Daniel O. Myers
Daniel O/ Myers