UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

REBECCA FRISKE,

        Plaintiff,                            Case Number 16-12799

v.                                        Honorable David M. Lawson

BONNIER CORPORATION,

        Defendant.
_____/

## ORDER DISMISSING MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR BOND ON APPEAL

This matter is before the Court on the objector William LeTarte's motion for an extension of time to file a response to the plaintiff's motion for bond on appeal. However, the Sixth Circuit dismissed the appeal, rendering the motion moot.

Accordingly, it is **ORDERED** that the objector's motion for an extension of time to file a response to the plaintiff's motion for bond on appeal (ECF No. 87) is **DISMISSED AS MOOT**.

                                                                s/David M. Lawson
                                                                DAVID M. LAWSON
                                                                United States District Judge

Date:  January 9, 2020

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first-class U.S. mail on January 9, 2020.

                                s/Susan K. Pinkowski
                                SUSAN K. PINKOWSKI