UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| REBECCA FRIKSE, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>vs.<br><br>BONNIER CORPORATION, a Delaware corporation<br><br>     Defendant. | Case No. 16-cv-12799-DML-EAS<br><br>District Judge David M. Lawson<br>Magistrate Judge Elizabeth A. Stafford |

## JOINT REQUEST TO ALLOW PAYMENT OF ADDITIONAL ADMINISTRATION COSTS

Plaintiff, Rebecca Friske, individually and on behalf of the settlement class, along with Defendant, Bonnier Corporation, jointly move the Court to Amend its Order Approving the Class Settlement to allow the payment of additional administration costs from the settlement fund.

In support of their motion, the Parties state:

1. As set forth in the Declaration of Christian J. Clapp filed with this motion, the initial estimate of the cost to administer the settlement assumed notice via post card and the original class size. This estimate formed the basis of the estimated costs of $100,000 set forth in the motion for preliminary approval.

2. At the hearing for preliminary approval and in its Order, this Court required mailing of the long form notice to class members rather than postcard

1

notice, unless the parties could ascertain that class members had email and internet access. The parties ultimately determined that it would be impractical based on the available information to definitively ascertain whether class members had functioning internet access and email addresses, and therefore long form notice was sent to all class members.

3. Additionally, as the parties finalized the settlement agreement and finalized the class list prior to the preliminary approval hearing, additional class members were included in the settlement, and additional funds added to the proposed settlement fund to account for the increase; however, the cost estimate for administration in the preliminary approval motion was not revised to reflect that change.

4. In its Order preliminarily certifying the class, the Court required that the parties seek approval from the Court to the extent that additional funds for administration (more than the estimated $100,000) were required.

5. As set forth on the declaration of Ms. Clapp, because of the two variables recited above, the settlement administrator requires an additional $75,000 to complete the administration of the class action settlement.

6. Allowing the additional funds for administration will have a minimal impact on the payments to claimants, each of whom will receive payments of $70

to $74, which remains at the high end of the expected per claim payments estimated in the motion for preliminary approval.

7. Accordingly, the Parties request the Court grant this joint motion.

Respectfully submitted,	Dated: January 9, 2019

*/s/ Gary F. Lynch*	*/s/ Daniel T. Stabile*
Gary F. Lynch	Daniel T. Stabile
**CARLSON LYNCH SWEET**	**SHUTTS & BOWEN LLP**
**KILPELA & CARPENTER, LLP**	200 South Biscayne Blvd.
1133 Penn Ave., 5th Floor	Suite 4100
Pittsburgh, PA 15222	Miami, FL 33131
glynch@carlsonlynch.com	dstabile@shutts.com

/s/ Daniel Myers	*Attorney for Defendant*
**THE LAW OFFICES OF**
**DANIEL O. MYERS**
818 Red Drive, Suite 210
Traverse City, MI 49684
dmyers@domlawoffice.com

*Attorneys for Plaintiff and the Settlement Class*