UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

REBECCA FRISKE,

        Plaintiff,                                       Case Number 16-12799

v.                                                          Honorable David M. Lawson

BONNIER CORPORATION,

        Defendant.

_____/

### ORDER VACATING ORDER DENYING JOINT MOTION TO ALLOW PAYMENT OF ADDITIONAL ADMINISTRATION COSTS

On February 20, 2020 the Court issued an order denying the parties' joint motion to allow payment of additional administration costs because the Court believed that it lacked jurisdiction over this matter in light of the notice of appeal filed on October 25, 2019. However, the United States Court of Appeals for the Sixth Circuit dismissed the appeal on January 8, 2020. The Court therefore will vacate the order denying the parties' joint motion to allow payment of additional administration costs.

Accordingly, it is **ORDERED** that the order denying joint motion to allow payment of additional administration costs (ECF No. 92) is **VACATED**.

                                                                           s/David M. Lawson
                                                                           DAVID M. LAWSON
                                                                           United States District Judge

Date: February 21, 2020

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first-class U.S. mail on February 21, 2020.

                                        s/Susan K. Pinkowski
                                        SUSAN K. PINKOWSKI