UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

REBECCA FRISKE,

        Plaintiff,                                  Case Number 16-12799
v.                                                      Honorable David M. Lawson

BONNIER CORPORATION,

        Defendant.

_____/

## ORDER STRIKING FILING

On June 28, 2021, an unfinalized copy of the Court's order granting the parties' joint motion to extend time to file a proposal regarding the distribution of settlement funds was inadvertently filed on the docket. The Court finds that the draft order should be stricken and substituted with a finalized copy.

Accordingly, it is **ORDERED** that the order granting the joint motion for enlargement of time (ECF No. 97) is **VACATED**.

It is further **ORDERED** that the Clerk shall **STRIKE** the order (ECF No. 97).

                                                              s/David M. Lawson
                                                              DAVID M. LAWSON
                                                              United States District Judge

Date: June 29, 2021